UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th of May of twenty twenty-five,

---

Carmine P. Amelio, Alfonso Amelio, Paul Amelio,

    Plaintiffs - Appellants,

v.

Galia Houri, Eyal Ronen, Unknown Female Trespasser "Nevo", Nicholas Blasone, The Legal Aid Society, Max Reinhardt, Richard Semegram, Leiroze Mizrahi, Instalock Locksmith 304 Inc., Jonathan Corrado, Bernadette Corey, Joel Polanco, Siddiqi Law Group PC, Naveed M. Siddiqi, Nadav Houri, May Hess, Patricia Blasone,

    Defendants - Appellees,

Jorri,

    Defendant.

ORDER
Docket No. 25-1265

---

    Appellants have filed a notice of appeal from a magistrate judge order dated April 16, 2025. The order appears to be non-appealable. See 28 U.S.C. §1291, 1291; 28 U.S.C. § 36(b)(1), (c)(1).  Appellants are advised that the order may be appropriate for the district judge to review upon Appellant's filing of objections. See 28 U.S.C. § 636 (b)(1).

    IT IS HEREBY ORDERED that Appellants file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due May 30, 2025. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

